IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ORACLE AMERICA, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE UNITED STATES DEPARTMENT OF LABOR *et al.*, <br><br> Defendants. | Case No. 1:19-cv-3574 (APM) |

**JOINT MOTION FOR EXTENSION OF TIME AND BRIEFING SCHEDULE**

Defendants, the United States Department of Labor, its Secretary, the Office of Federal Contract Compliance Programs, and its Director, enforce non-discrimination and affirmative action requirements for federal contractors and subcontractors. In this lawsuit, Plaintiff Oracle America, Inc. challenges certain aspects of Defendants' enforcement regime as allegedly unconstitutional and otherwise unlawful. The Complaint was filed on November 27, 2019, and served on Defendants on December 5, 2019; accordingly, the current deadline for Defendants to respond to the Complaint is February 3, 2020. Fed. R. Civ. P. 12(a)(2).

The parties have conferred regarding the next steps in this litigation and have concluded that, due to the nature of the claims in this case and the other obligations of counsel, an extension of time for Defendants to respond to the Complaint, as well as a proposed briefing schedule in the event Defendants respond to the Complaint with a dispositive motion, would help expedite the ultimate resolution of this case. Moreover, due to the nature of the claims in this lawsuit, the parties have concluded that an administrative record will not be necessary to resolve the case. Accordingly, pursuant to Federal Rule of Civil Procedure 6(b)(1), the Parties respectfully request that the Court extend the deadline for Defendants to respond to the Complaint and set the

following briefing schedule in this matter:

1. March 27, 2020 – Defendants respond to the Complaint.

2. April 24, 2020 – Plaintiff files its motion, if any, and opposition to Defendants' motion, if any.

3. May 22, 2020 – Defendants file their opposition to Plaintiff's motion and reply supporting Defendants' motion, if any.

4. June 19, 2020 – Plaintiff files its reply supporting Plaintiff's motion, if any.

A proposed order consistent with this motion is attached.

Dated: January 29, 2020

/s/ *Andrew D. Silverman*
Andrew D. Silverman (D.C. Bar No. 1013835)
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY 10019-6142
Tel: (212) 506-5000
Fax: (212) 506-5151
E-mail: asilverman@orrick.com

*Counsel for Plaintiff*

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

BRAD P. ROSENBERG
Assistant Branch Director

/s/ *Rebecca M. Kopplin*
REBECCA M. KOPPLIN
Trial Attorney (California Bar No. 313970)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
Tel: (202) 514-3953
Fax: (202) 616-8470
E-mail: rebecca.m.kopplin@usdoj.gov

*Counsel for Defendants*