**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ORACLE AMERCIA, INC.,<br>          *Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF LABOR; U.S. OFFICE OF FEDERAL CONTRACT COMPLIANCE PROGRAMS; EUGENE SCALIA Secretary of the U.S. Department of Labor; CRAIG E. LEEN, in his official capacity as Director of the U.S. Office of Federal Contract Compliance Programs,<br>          *Defendants*. | Case No. 1:19-cv-3574-APM |

**MOTION TO WITHDRAW *AMICUS CURIAE* BRIEF
AND FILE CORRECTED BRIEF**

*Amici curiae* Chamber of Commerce of the United States of America, Cato Institute, National Federation of Independent Business, and Washington Legal Foundation respectfully submit this motion for leave to withdraw their previously filed *amicus curiae* brief (Doc. 24) and file a corrected version of the brief. The corrected brief and a proposed order are attached.

On May 1, 2020, *amici curiae* filed an unopposed motion for leave to file a brief in support of the plaintiff in the above-captioned case. The Court granted that motion the same day.

HR Policy Association was listed as a signatory on the previously filed *amicus curiae* brief, but there was a miscommunication about HR Policy Association's joining the brief. The corrected brief accordingly deletes HR Policy Association as a signatory. No other changes have been made to the previously filed brief. I apologize to the Court for this error.

## CONCLUSION

For the reasons set forth above, the Court should grant this motion to withdraw the previously filed *amicus curiae* brief and replace it with the attached corrected brief.

Dated: May 3, 2020

Respectfully submitted,

 *s/ Jeffrey M. Harris*

Jeffrey M. Harris (D.C. Bar #994058)
Alexa R. Baltes
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
jeff@consovoymccarthy.com

Steven P. Lehotsky
Jonathan D. Urick
U.S. CHAMBER LITIGATION CENTER
1615 H Street, NW
Washington, DC 20062
(202) 463-5337

Ilya Shapiro
CATO INSTITUTE
1000 Massachusetts Ave., NW
Washington, DC 20001
(202) 842-0200

Cory L. Andrews
Corbin K. Barthold
WASHINGTON LEGAL FOUNDATION
2009 Massachusetts Ave., NW
Washington, DC 20036
(202) 588-0302

*Counsel for Amici Curiae*

3

**CERTIFICATE OF SERVICE**

I hereby certify that on May 3, 2020, I filed the foregoing document through the Court's CM/ECF system, thereby serving all counsel of record.

                                                         *s/ Jeffrey M. Harris*

## CERTIFICATE OF COMPLIANCE

I hereby certify that this motion complies with the type and page limit requirements of Local Rule 7(o).

<em>s/ Jeffrey M. Harris</em>