**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ORACLE AMERICA, INC., <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF LABOR; U.S. OFFICE OF FEDERAL CONTRACT COMPLIANCE PROGRAMS; EUGENE SCALIA, Secretary of the U.S. Department of Labor; CRAIG E. LEEN, in his official capacity as Director of the U.S. Office of Federal Contract Compliance Programs, <br><br> Defendants. | Case No. 19-cv-3574 (APM) |

**JOINT MOTION TO ADJOURN UPCOMING HEARING AND STAY LITIGATION
FOR 30 DAYS WHILE PARTIES COMPLETE SETTLEMENT**

Plaintiff Oracle America, Inc. and Defendants U.S. Department of Labor *et al.* (the Parties) hereby respectfully move this Court to adjourn the Motion Hearing presently scheduled on December 16, 2020, at 2:00 PM and stay the litigation for 30 days.  As grounds for this Motion, the Parties state as follows:

1.  By notice dated October 21, 2020, the Court set a Motion Hearing on the Parties' dispositive motions for December 16, 2020, at 2:00 PM.

2.  Since that time, the Parties have engaged in settlement negotiations and are working to complete the steps of the settlement.  To allow the Parties to do so, the Parties respectfully move this Court to stay the proceedings, including adjourning the December 16, 2020 hearing, for 30 days.

3.  No party will be prejudiced by the granting of the requested stay.  The Parties' settlement will, when complete, make it unnecessary to proceed with this litigation, conserving the Court's and Parties' resources.

4.  If the instant motion for a stay is granted, the Parties will notify the Court when the settlement is complete or, alternatively, provide the Court with a Joint Status Report in advance of the stay's termination.

5.  A proposed order consistent with this motion is attached.


Dated: December 7, 2020                Respectfully submitted,



                                       /s/ Andrew D. Silverman
                                       Andrew D. Silverman (D.C. Bar No. 1013835)
                                       ORRICK, HERRINGTON & SUTCLIFFE LLP
                                       51 W. 52 Street
                                       New York, NY 10019
                                       Telephone:    +1 212 506 5000
                                       Facsimile:    +1 212 506 5151
                                       ASilverman@orrick.com


                                       *Counsel for Plaintiff*

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

Brad P. Rosenberg
Assistant Branch Director

/s/ Rebecca M. Kopplin
Rebecca M. Kopplin
Trial Attorney (Cal. Bar No. 313970)
UNITED STATES DEPARTMENT OF JUSTICE
CIVIL DIVISION, FEDERAL PROGRAMS BRANCH
1100 L St. NW
Washington, DC 20005
Telephone:      +1 202 514 3953
Facsimile:       +1 202 616 8470
rebecca.m.kopplin@usdoj.gov

*Counsel for Defendants*